**Virginia  Commonwealth  University**

# Accident Report of Workers' Compensation Claim

### Complete *all* sections *within 24 hours* of injury or illness *before* claim can be filed.

To be eligible for benefits under the Workers' Compensation Act, VCU Employee Health Services *must receive* *both* this completed claim form (P-100) *and* the Physician Selection Form (P-101) by hand delivery or by mail:
- Deliver to: VCU Employee Health Services 1200 East Broad Street, West Hospital, West Wing, First Floor, Room 120
- Mail to: VCU Employee Health Services, P. O. Box 980134, Richmond, VA 23298-0134

**EMPLOYEE SECTION – Complete, sign and give to supervisor.**

Name: Small Monique          DOB: 7-9-69          ☐M ☑F     ☑US ☐W
ID#:                VCU Hire Date:            Home Address: 4123 Fort F. Lee Dr.

Home Phone: (804) 45X-5222     Department: Parking & Transportation     Dept P.O. Box #: 33
Work Phone: (804) 827-0534                ☐Faculty/Staff ☑Hourly ☐Other     Hrs Worked: ___
CR 11° (804) 640-2543      (Employee Type)
Job Title: Parking Safety & Enforcement     Location Where Injury Occurred: 13th St Parking Deck D-Deck 1
Date of Injury: Oct 1, 2006     Time of Injury: 17:56     AM/PM     Day of Week: Sunday

Describe activity prior to accident and type of accident: (Attach additional sheet if necessary.)

Cause and object of injury (Describe in detail how and why injury occurred. If by needle stick, give patient's name and chart #.)

Injuries Sustained:
Have you filed a WC claim(s) in the past? ☐Yes ☐No     If "yes," list date(s):
Name(s) of any witness(es):
I certify that the information provided above is true and complete. (May be signed by person acting on employee's behalf.)
Signature:                        Date:

**SUPERVISOR SECTION – Complete, sign and send to EHS. If you do not agree with the employee's report, please contact the VCU WC Off at 828-1833. For assistance in accident investigation/prevention, please contact the VCU Occupational Safety Office at 828-5040.**

Was the employee doing something other than required duties at the time of the accident? ☐Yes ☐No     If "yes," please explain
When did you first learn of the accident? Immediately after the accident occurred
Was the employee given medical treatment? ☑Yes ☐No     If "yes," physician's name and address: Patient First in Chester 12101 South Chalkley     Phone: 796-?
Was the place of the accident on VCU premises? ☑Yes ☐No     If "no," please explain

Based on your investigation, what was (were) the cause(s) of the accident? (Give details and attach additional sheet if necessary.) Please see attached sheet
How could this accident have been prevented? (e.g. wear protective equipment, equipment should have been repaired, procedure changed, etc.)
The accident occurred during normal job-functions and could not have been pr
What steps were taken to prevent another accident? (e.g. Housekeeping provided, training provided, etc.)
Air compressor was placed in a more easily accessible place.
Supervisor's Name: Katherine Mottley     P.O. Box #: 843002     Work Phone: 827-
(please print)
Signature: Kratevi Mottly                    Date: 10/01/06

**MEDICAL PERSONNEL SECTION – Complete, sign and forward to WC Office.**

Date Seen: 10-7-06     Time Seen: 11:45     AM/PM     By Whom? Kim Clements, MD
Facility Address: 12101 S. Chalkley Rd. Chester VA 23831
Diagnosis: Contusion - scalp/face
Was the diagnosis related causally to the accident? ☑Yes ☐No     If "yes," please explain: Ms. Small hit her on concrete post     Filed

Lost Time? ☐Yes ☑No     If "yes" – dates: 10-2-06     Probable Length of Disability:
Return to Duty? ☑Yes ☐No     If "yes" – dates: 10-3-06     Regular Duty ☐   Light Duty ☐
Explain Duty Restrictions: Watch/protect left field & b
Referral? ☐Yes ☑No     If "yes" – where.                    When:
Follow-up? ☐Yes ☑No     If "yes" – where: PT First     When: 10-5-06
Completed by: Kim Clements, MD     Date: 10-2-06     OSHA Case #:

VCU Human Resource Division                    FORM P-100 1

DATE OF INJURY: 10/01/2006



RxBin 610014
RxGrp FSNCVTY
ID No. 708005129
Name MONIQUE SMALL DREW
Issuer 9151014609
(60840)
Claim #
20060040008281

FIRST SCRIPT

Prescription drug ID card