K. Pace-Harding   FAX 8-1434

# VCU SPINE CENTER
8700 Stony Point Parkway * Suite 260
Richmond, Virginia 23235
(804) 827-7463

## Declaration to Return to School

Name: __Monique Small__

was seen _____ (date) _____ (time) _____

and will be able to return to school on _____

**Physical Education**   _____ may take   _____ limited   _____ may not take

**Recess:**   _____ may go outside   _____ may not go outside

**Comments:** _____

Dr. _____   Phone: (804) 828-5883
401 North 11th Street
P. O. Box 980216
Richmond, VA 23219

---

## Declaration to Return to Work

Name: __Monique Small__

was seen __9/26/08__ (date) __4:00 pm__ (time)

and will be able to return to work on __Continue light duty__

_____ Restrictions   _____ Light Work

**Comments:** No sitting/standing greater than 2h. No lifting greater than 10 lbs. No overhead activities, no shelf work. No repetitive neck movement activities.

Dr. __Hamza__   _[signature] Rel Eneh, MD_   Phone: (804) 828-5883
401 North 11th Street
P.O. Box 980216
Richmond, VA 23219

**Office Use Only:**   Patient's Chart Number: _____
Patient's DOB: _____



Patient name/medical record #

# VCU
Virginia Commonwealth University

## Medical Center
In the tradition of the Medical College of Virginia

**VCU Spine Center**

Stony Point, Suite 260
8700 Stony Point Parkway
-P.O. Box 980236
Richmond, Virginia 23235

804 827-7463
Fax: 804 323-2999
TDD: 1-800-828-1120

**Declaration to Return to School**

Name _____

was seen _____ Date _____ Time _____

and will be able to return to school on _____

Physical Education:   ☐ may participate        ☐ may not participate
                     ☐ limited _____

Recess:              ☐ may go outside          ☐ may not go outside

Comments: _____

_____

Dr. _____

SMALL, MONIQUE          VCUHS
MR# 4379649    DOB: 01/09/69

NOV 13 2009

---

**Declaration to Return to Work**

Name: Monique Small

was seen _____ Date: 11-13-09  Time: 10 AM

and will be able to return to work on 11-14-09

☐ Restrictions            ☒ Light work

Comments: Continue Light duty Status.

Dr. _____

8-3-09

Mrs. LuAnn
I was informed that I would be going to C-lot Monday 8-10-09. If you could please put me a chair that swirl plus has a back to it like a desk chair please. also I need a key to the booth.

Thank you
A. Snacc.

# Virginia Employment Commission
## REQUEST FOR PHYSICIAN'S CERTIFICATE OF HEALTH

Effective Date _____

(PLEASE PRINT OR TYPE)                           F. O. No. _____

Claimant's Name _____ S.S. No. _____

To be eligible to receive unemployment benefits under the Virginia Unemployment Compensation Act, a claimant must be physically and mentally able to work. As my physician, please give the Virginia Employment Commission your opinion regarding the questions below.

Date _____    _____
                                (Signature of Claimant)

1. What date did you first examine this patient during the current illness? Sept. 2008

2. What is the nature of the patient's illness or disability (please describe in lay terms and avoid abbreviations)? neck, shoulder (L) arm (R) leg, 
   *[illegible]* spasm, muscle spasm (L) side

3. Did you advise the patient to quit his/her last job because of health? YES _____ NO __X__

4. Did you advise the patient to take a leave of absence for health reasons? YES _____ NO __X__

5. At any time during current illness, has the patient been incapacitated and totally unable to perform any work? YES _____ NO _____   may not lift over 10 Lb

   If yes, during what period of time was the patient totally unable to work?
   FROM _____ TO   work 4-5 h/day
                                    every 2 hours

6. Is the patient currently able to perform any work? YES __X__ NO _____

   (a) If yes, describe any physical or mental limitation on the type of work patient may perform.
   _____

   (b) If no, what is the earliest date the patient will be able to work? _____

Date  3-11-11              _____
                                (Signature of Physician)
Address of Field Office

**VCU**
Maged S. Hamza, MD
Director of Pain Fellowship Program
Associate Professor, Departments of
Anesthesiology and Physical Medicine and
Rehabilitation
Virginia Commonwealth University

**Medical Center**
*In the tradition of the Medical College of Virginia*

Stony Point
VCU Spine Center, 2nd Floor
8700 Stony Point Parkway, Suite 260
P.O. Box 980236
Richmond, Virginia 23235-0236

804 323-2961 • Fax 804 323-2999

(Zip) _____

Form VEC-B-14 (R.5/00)

# VIRGINIA EMPLOYMENT COMMISSION
## VERIFICATION OF OFFER OF CONTINUING EMPLOYMENT

(Please Print or Type)  
Claimant's Name: **Monique R. Small**  
L.O. No. _____  
S.S. No. **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**

As my employer, please give the Virginia Employment Commission your response to the questions listed below.

DATE **3/9/2011**  
_Monique Small_  
(Signature of Claimant)

---

1. The above named individual was last employed as a **Enforcement And Safety Officer for VCU Parking And Transportation.**

2. Has this individual been offered employment:

   a. During the next academic year/term? Yes **✓** No ___
   
   or
   
   b. During the remainder of this academic term? Yes **✓** No ___

3. What type of employment has this individual been offered? **Same As Above**

4. Is this offered employment the same as the employment shown in question 1? Yes **✓** No ___
   
   If no, please explain the difference **Monique Small suffered an injury on 10/1/2006 And can only work 10 hours a week, in two 5 hour shifts.**

5. Are the hours of work and/or wages the same as those offered for the employment shown in question 1? Yes **✓** No ___
   
   If no, please explain the differences **Before Ms. Small's injury in 2006, she was working 30 to 40 hours a week. Her hourly rate is $11.14 per hour.**

---

DATE **3/9/2011**  
**Greg Council**  
(Completed by)  
**Employee Relations - Human Resources**  
(Title)  
**Virginia Commonwealth University**  
(Name of Employer)  
**600 West Franklin Street**  
(Street)  
**Richmond**  (City)  **VA**  (State)  **23284**  (Zip)

VCU  
H. Gregory Council  
Employee Relations Specialist  
Human Resource Division  
Virginia Commonwealth University

Monroe Park Campus  
Lindsey House  
600 West Franklin Street  
P.O. Box 842511  
Richmond, Virginia 23284-2511  
804 828-1510 • Fax: 804 828-1434  
hgcouncil@vcu.edu

Form VEC-B-25 (3/87)