

**MCV Campus**

**Virginia Commonwealth University**

DREW, MONIQUE                      VCUHS
4379649                  DOB. 07/09/69
02/14/14            F   B  44Y
HAMZA MD, MAGED S                  PMRO
VISN:  706 164424042

**Business Services**
Parking and Transportation

8th Street Parking Deck Office, 1st Floor
659 North 8th Street
P.O Box 980235
Richmond, Virginia 23295-0235

804 828-3501
Fax 804 828-5343
TDD 1-800-828-1120
parking@vcu.edu

Date:   February 11, 2014
To:     Mrs. Monique Smalls,
From:   C. Brandon Dingess

I am writing to document our discussion and my request for any current work restrictions from your physician. On February 5, 2014 we discussed the changing needs of the Parking & Transportation department and I provided you with several options regarding your future work assignments.

As we discussed, due to the recent changes in your current work location, it is necessary to reevaluate your work assignment. I request that you have your physician evaluate the Hourly Enforcement and Safety Officer's position duties and Position's Physical/Cognitive Requirements and Physical Demands and Activities attached. In addition please provide me with any current medical restrictions that may affect your performance. I would like to have this information no later than Wednesday, February 26, 2014.

If you feel that you have a medical condition that is affecting your ability to perform the essential functions of your job, it is your responsibility to self-identify and inform the University that an accommodation is needed under the Americans with Disabilities Act of 1990 (ADA). If you feel that there is an accommodation that the University can make so that you can perform the essential functions of your job as an Enforcement Safety Officer, please contact the VCU's Office of Equal Employment Opportunity/Affirmative Action Services at 828-1347 by February 26th, 2014.

Please let me know if you have any questions.

Thanks,
C. Brandon Dingess
Campus Coordinator

**Position's Physical/Cognitive Requirements:** Indicate by each element an E = Essential, M = Marginal, or N/A

**Physical Demands and Activities:**

| | | | |
|---|---|---|---|
| E | Light lifting | (<20 lbs.) | No more than 10 lbs |
| E | Moderate lifting | (20-50 lbs.) | |
| M | Heavy lifting | (>50 lbs.) | *Limited walking with breaks |
| N/A | Pushing/pulling | E  Walking | *work 4hr/day up to 2 days/week |
| E | Standing | N/A  Climbing | no pushing - pulling |
| E | Sitting | N/A  Reaching | break every 2 hr |
| M | Repetitive motion | N/A  Bending | *repetitive motion |

pt uses TENS unit and heating pad

Other:

Signature  2/10/14