TO: Honorable John A. Gibney Jr.
   In the United States District Court
   For the Eastern District of Virginia
   Richmond Division  I

FROM: Larry A. Drew Sr.
   4123 Robert E. Lee Drive
   Hopewell, Virginia

Subject: Witness for Monique R. Small Drew

Dear Sir

   My name is Larry A Drew Sr. for Monique R. Small Drew in her case against Virginia Commonwealth University Parking and Transportation. I was employed at the university from December 1998 until December 2014. I was an enforcement supervisor and worked mainly the evening shift 3:00 pm to 11:00. I have witness and have personal knowledge of some enforcement officers whom were given accommodation. The following example will allow you to see what they were.

- Enforcement Officer James Carter requested and granted that he be place in a parking both due to the fact that he had seniority. Officer Carter was working the midnight shift to the evening shift Monique already was station in the booth at that present time. **Accommodation**
- Enforcement Officer Curtis Monk (Former employee) requested to transfer From the evening shift (15:00 to 23:00) hours due to transportation issues with family. **Accommodation**
- Enforcement Officer Troy Petty requested to come to work at 05:00 hours instead of 07:00 hours due to babysitting issues and was granted. Midnight shift personnel were still on duty until 07:00 hours and had no reason to have additional personnel needed. **Accommodation**

- Enforcement Officer Gary Hughes asked and was granted to change his shift from 07:00 hours to 08:00 hours due to the fact that he was constantly late for work and could not arrive on time for his shift which was granted. **Accommodation**
- Enforcement Officer Gary Hughes was removed from mobile patrol of the VCU campus due to the fact that he was not issuing parking citations and placed in a parking booth. **Accommodation**
- Enforcement Officer Marvin Lewis injury his knee while playing basketball off duty which required surgery and he was placed in a parking both due to his lack of mobility. **Accommodation**
- Enforcement Officer Vanessa Hung was injury at work and placed in parking booth. **Accommodation**
- Enforcement Officer Terry Welton was in dock status for not having leave time on a constant having no time to cover for his absent. **Accommodation.**

Enforcement Manager Bernard Adams approach and stated that he had been selected to ask me if Monique would consider becoming a cashier. I informed Mr. Adams to check with Monique for the answer. There was some type of meeting with the management staff had taking place.

Monique Small Drew and I did not work together on any shift, she was on West Campus and I was on the East Campus. There were other enforcement officers given accommodation all the time, but she was not afforded any after both campuses merge together on 9 February 2014. She was removed from her shift of 3:30 pm to 8:00 pm to the Day shift with the hours of 10:00 am to 2:00 pm. She simply could have change her days of working to Thursday and Friday and there would have been no conflicts.

Sincerely
Larry A. Drew Sr.