**VIRGINIA COMMONWEALTH UNIVERSITY**

**VCU Equity and Access Services**

Topic: Accommodation Request for Monique Smalls

To: Monique Smalls, BrandonDingess

Date: December 15, 2015

Ms. Drew has filed all the relevant paperwork to receive accommodations via the Americans with Disabilities Act. Accommodations are requested as follows:

- Ms. Drew has restricted mobility, she cannot walk long distances.
- Ms. Drew needs to take a 10-15 minute break every two hours.
- Ms. Drew cannot engage in activities that involve pushing or pulling or repetitive motions.
- Limit driving responsibilities and activity.
- No driving on an uneven terrain.



# Guidelines for Separating Faculty and Staff

Departments must separate employees in a timely and expeditious manner* to ensure (1) proper internal controls and (2) good business operations as part of VCU's Enterprise Risk Management Program, VCU's Code of Conduct and the state's Agency Risk Management and Internal Control Standards (ARMICS). Use the checklist below to document separation actions.

**IMPORTANT!** To comply with state and university policies and procedures, this checklist **must** be completed; signed by the employee, manager and personnel administrator; and returned **with the final timesheet** to VCU Human Resources through ImageNow[1] **within the pay period in which the employee separates employment.** If this form is not completed and returned within the specified timeframe, the department will be charged $200.

## *Departing Employee Responsibility Checklist*, as applicable.

### For ALL faculty and staff, as applicable:

- [x] **Employee Health Services** – contact to resolve any outstanding health issues (e.g., needle sticks, hepatitis treatments, etc.).
- [x] **Finance Offices** – contact to reconcile any outstanding accounts.
- [ ] **Human Resources** – visit www.hr.vcu.edu/benefits.html for benefits information. To keep your password current, update your mailing address or access your W-2 electronically (eW2) after separation, log onto **eServices/VCU Self Service** through the myVCU portal.
- [ ] **Student Accounting** – email stuacctg@vcu.edu if currently enrolled and/or enrolled for a future semester and using a faculty/staff tuition waiver to pay account.
- [ ] **VCU Libraries** – contact to reconcile any outstanding accounts or to return library materials.[2]

### Additional steps for faculty and staff who are principal investigators or research staff:

- [ ] **Institutional Review Board (IRB)** – *at least one month before departure,* submit for study closure or change in investigator (i.e. Principal Investigator (PI), medically responsible investigator) for each open protocol. For each open study, complete the appropriate activity in RAMS-IRB (for currenty electronic studies) at https://irb.research.vcu.edu, or complete the appropriate pap IRB form (for studies not yet converted to RAMS-IRB) at research.vcu.edu/forms/index.htm#irb_forms. *NOTE: A lapse in PI means that no research may occur until a new PI is approved.*
- [ ] **Institutional Animal Care and Use Committee (IACUC)** – (1) *at least one month before departure,* submit for study closure or change in Principal Investigator (PI) for each open protocol. Email IACUC@vcu.edu for guidance. *NOTE: A lapse in PI means that no research may occur until a new PI is approved;* and (2) Departing investigators and research staff, as applicable, should contact the **Division of Animal Resources (DAR)** at DAR@vcu.edu to discontinue access to DAR facilities, as appropriate.
- [ ] **Office of Sponsored Programs (OSP)** – *at least one month before departure,* contact OSP to begin activities related to grant or contract transfer or closeout. Complete the OSP form at www.research.vcu.edu/forms/GrantTransferForm.pdf for each currently active sponsored project to be transferred or closed in addition to any relinquishing requirements required by the project's sponsor.
- [ ] **Effort Reporting** – *at least one month before departure,* email effortreport@vcu.edu to update coordinator and/or resolve any outstanding certifications for separating employees or awards for research associates.

## *Home Department Responsibility Checklist* includes, but may not be limited to, the following actions:

- [x] Refer departing employee to his/her responsibilities listed at top of page.
- [ ] Initiate a termination ePAF (NOAEPAF) in Banner as soon as the last work day is known (see PAF Reference Guide for instructions):
   - [ ] If the employee will be working in another department/unit/office at VCU, initiate a **TERMJ** ePAF (NOAEPAF) as the empl is not leaving employment with the university.
   - [ ] If the employee will be leaving employment with the university, initiate a **TERME** ePAF (NOAEPAF) and submit the Final Timesheet to hrdocs@vcu.edu immediately.
   - [ ] If the employee will be leaving employment with the university and is going to work at another state agency, initiate a **TERME** ePAF (NOAEPAF) and submit the Final Timesheet to hrdocs@vcu.edu immediately to ensure that correct lea balances are transferred to the other state agency.
- [x] Contact **Payroll Services** at payroll@vcu.edu or 828-0740 as soon as the last work day is known.
- [ ] Collect institutional property (e.g., keys, computer, cell phone, beeper, uniforms, etc.) and promptly return the employee's Identification card to the **VCUCard Office** and parking decal, as applicable, to the **Parking Office**.[2]
- [x] Notify **VCU Police - Access Control** at 828-9373 to terminate building access.
- [ ] Ensure that **contractual obligations** are fulfilled by the separating faculty member or reassigned, as appropriate.

---

[1] See instructions for ImageNow emailing at www.hr.vcu.edu/media/hr/documents/ImageNow_Email_Instructions.pdf and for faxing at www.hr.vcu.edu/media/hr/documents/ImageNow_Fax_Instructions.pdf.

[2] If the department wishes to grant retired faculty continued access to certain VCU services and systems, such as email, VCUCard ID, library privileges, parking, etc., the department must enter the employee into the affiliate database as a Retiree (RET) Faculty Affiliate to obtain a Retired Faculty ID, which is not subject to the annual affiliate process. See Affiliate User Guide for instructions.

Revised (logo/links only): June 201
Last Revised: August 201

## *Home Department Responsibility Checklist cont'd.*

- ☐ Contact each of the **Banner Administrative Systems** (Finance at finsecurity@vcu.edu, Human Resources at hrsecurity@vcu.edu and Student at stusecurity@vcu.edu) to cancel Banner system access, as applicable.
- ☐ Complete a HelpDesk remedy ticket at www.ts.vcu.edu/ to cancel **Telecommunications** long-distance user code and access to the VCU email system[2] (**Lotus Notes** or **Google appsforVCU**, as applicable).
- ☐ Use the applicable **Procurement Services'** email below to immediately cancel access to:
    - ☐ Purchase card (pcard) and travel card – email corpcard@vcu.edu.
    - ☐ eVA – email evapurch@vcu.edu.
- ☐ Contact the **Office of Environmental Health and Safety (OEHS)** to resolve any outstanding safety issues (e.g., identification and disposal of radioactive materials/hazardous chemicals/biological agents, film badge return). *NOTE: If outstanding issues are not resolved, the home department assumes all financial responsibility for cleanup and disposal of hazardous materials.*
- ☐ Maintain all **records** (e.g., payroll, purchasing, etc.) in accordance with applicable record retention policies and procedures. *NOTE: All personnel and timekeeping records must be kept in a safe and confidential manner for five years.*

### For departments whose separating faculty are researchers or receive extramural funding:

- ☐ If the separating employee serves as the Principal Investigator (PI) on a funded sponsored project, ensure that he/she has completed the **Office of Sponsored Programs (OSP)** form at www.research.vcu.edu/forms/GrantTransferForm.pdf (as indicated in "Departing Employee Responsibilities" above). If the sponsored project under the separating PI's leadership will be assumed by another VCU employee, contact OSP immediately to coordinate a change of PI. No funded sponsored project may remain active without a sponsor-approved PI leading the project. *NOTE: If such matters are not resolved, the home department assumes all financial responsibility for sponsor-imposed disallowances or penalties.*
- ☐ Ensure that the separating employee has (1) closed his/her **IRB/IACUC** research studies or transferred any investigator designations and responsibilities to another individual – *these changes must be approved by either the IRB or IACUC prior to departure* (NOTE: *No research may occur during a lapse of principal investigator*); and (2) contacted the **Division of Animal Resources (DAR)** at DAR@vcu.edu to discontinue access to DAR facilities, as appropriate.
- ☐ Contact **VCUeRA (VCU electronic Research Administration)** at erahelp@vcu.edu to cancel VCUeRA system access (grant proposals and contracts, IRB protocols and IACUC protocols), as applicable.
- ☐ Contact **Effort Reporting** at effortreport@vcu.edu to remove coordinator access, as applicable, and/or to resolve outstanding reports.

## *Active Status / No Recent Payroll Activity

Following is VCU's employment separation practice for the employee categories below who appear in the Banner system as "active" employees but who have had no payroll activity *within a specified period.*

Personnel Administrators must separate these employees in a timely manner by initiating either a TERME or TERMJ ePAF. Although employees with no payroll activity will be separated automatically in accordance with the timeframes shown below, **reliance on this automated process is not acceptable university payroll practice.**

The employment status will change from "active" to "terminated" for:
- Adjuncts who teach in summer session only and Elderhostel adjunct faculty – after 12 months.
- All other adjunct faculty – after 9 months.
- Hourly, student and work-study employees; and graduate teaching/research assistants – after 4 months.
- Post-doctorate fellows – after 2 months.

NOTE: The employment status will change from "active" to "terminated" for hourly, student and work-study employees who have no payroll activity within 30 days of being hired or rehired.

## *Required Signatures*

**REMINDER:** To comply with state and university policies and procedures, this checklist **must** be completed above; **signed** below by the employee, manager and personnel administrator; **and returned with the final timesheet to VCU Human Resources through ImageNow**[1] **within the pay period in which the employee separates employment.** If this form is not completed and returned within the specified timeframe, the department will be charged $200.

Employee: _____ (Print Name)  _____ (Sign)  _____ (Date)

Employee V-ID#: V00234943

Manager: Brandon Vingess (Print Name)  _____ (Sign)  _____ (Date)

Personnel Administrator: _____ (Print Name)  _____ (Sign)  _____ (Date)

---

[1] See instructions for ImageNow emailing at www.hr.vcu.edu/media/hr/documents/ImageNow_Email_Instructions.pdf and for faxing at www.hr.vcu.edu/media/hr/documents/ImageNow_Fax_Instructions.pdf.

[2] If the department wishes to grant retired faculty continued access to certain VCU services and systems, such as email, VCUCard ID, library privileges, parking, etc., the department must enter the employee into the affiliate database as a Retiree (RET) Faculty Affiliate to obtain a Retired Faculty ID, which is not subject to the annual affiliate renewal process. See Affiliate User Guide for instructions.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>438-2016-00639 |
|---|---|---|

Virginia Division of Human Rights                                                                  and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mrs. Monique R. Small Drew | Home Phone (Incl. Area Code)<br>(804) 458-5222 | Date of Birth<br>07-09-1969 |
|---|---|---|

Street Address: 4123 Robert E. Lee Drive, Hopewell, VA 23860

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>VCU PARKING AND TRANSPORTATION | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(804) 828-7275 |
|---|---|---|

Street Address: 1108 W. Broad St, P.O. Box 843002, Richmond, VA 23284

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-15-2015   Latest: 02-02-2016

☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I.   In June of 2003, I was hired as a Part Time Parking Enforcement Officer by the above named employer. On February 11, 2014, the parking facilities merged and I was assigned a new coordinator. Since the merger this coordinator constantly picked on me and retaliated against me because of my disability. On December 15, 2015, the coordinator gave me the option to resign or be terminated.

II.  On December 17, 2015, I informed my coordinator I was not resigning that he would have to terminate me. The coordinator's response was "Ok, then turn in your uniforms." I have called my human resources representative on January 16, 2016 and February 2, 2016 and was told they have no knowledge of my discharge.

III. I believe that I was retaliated against and discharged because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Mar 24, 2016            *[signature]*<br>Date                      Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |