

# Americans with Disabilities Act
## Employee Self-Identification and Request For Accommodation

This form must be completed and submitted to the Office for Institutional Equity when an employee wishes to self-identify and make a request for accommodation due to a documented disability. To be eligible for a reasonable accommodation under the Americans with Disabilities Act (ADA), the employee must be qualified to perform the essential functions of his/her position with or without an accommodation and have a qualifying disability that limits a major life function.

| Employee name: Monique Small (Drew) | Employee home phone: 804-458-5222 |
|---|---|
| Employee address: 4123 Robert E Lee Drive Hopewell, VA 23860 | Cell number: 804-490-2732 |
| | Work number: 804 971-0450 |
| Supervisor: Brandon Dingess | Supervisor phone number: 804 513-4771 |
| Department: Parking & Transportation | Date: 4-24-15 |

| 1. Please describe which major life activity your impairment limits. (For example: caring for oneself, performing manual tasks, walking, seeing, hearing, sitting, speaking, breathing, learning, remembering, concentrating, etc.) |
|---|
| |

| 2. Describe how your condition limits your ability to perform the essential functions of your job. Using your Employee Work Profile or faculty work plan (job description), identify the essential functions affected and be specific about how the medical condition impairs your ability in each instance. (Your Employee Work Profile can be obtained through your immediate supervisor or through the Division of Human resources. Faculty work plans can be obtained through department chairs or directors.) |
|---|
| |

| 3. Describe in detail the accommodation(s) you are requesting: |
|---|
| |

| 4. Please add any additional information you feel may be relevant to your request: |
|---|
| |

| Employee signature: | Date: |
|---|---|

Revised: 6/09

Virginia Commonwealth University

# Americans with Disabilities Act
## Employee Self-Identification and Request For Accommodation

This form must be completed and submitted to the Office for Institutional Equity when an employee wishes to self-identify and make a request for accommodation due to a documented disability. To be eligible for a reasonable accommodation under the Americans with Disabilities Act (ADA), the employee must be qualified to perform the essential functions of his/her position with or without an accommodation and have a qualifying disability that limits a major life function.

| Employee name: Monique Small (Drew) | Employee home phone: 804-458-5222 |
|---|---|
| Employee address: 7123 Robert E Lee Drive Hopewell, VA 23860 | Cell number: 804-490-2732 |
| | Work number: 804 971-0450 |
| Supervisor: Brandon Dingess | Supervisor phone number: 804 513-4771 |
| Department: Parking & Transportation | Date: 4-24-15 |

1. Please describe which major life activity your impairment limits. (For example: caring for oneself, performing manual tasks, walking, seeing, hearing, sitting, speaking, breathing, learning, remembering, concentrating, etc.)

2. Describe how your condition limits your ability to perform the essential functions of your job. Using your Employee Work Profile or faculty work plan (job description), identify the essential functions affected and be specific about how the medical condition impairs your ability in each instance. (Your Employee Work Profile can be obtained through your immediate supervisor or through the Division of Human resources. Faculty work plans can be obtained through department chairs or directors.)

3. Describe in detail the accommodation(s) you are requesting:

4. Please add any additional information you feel may be relevant to your request:

| Employee signature: Monique Small Drew | Date: 12-17-15 |
|---|---|

Revised: 6/09

Virginia Commonwealth University

# Physician's Certification for Employee Accommodation

We have received notice from you and/or your doctor indicating that you have a condition that requires an accommodation in the workplace. In order to process this request, additional information is needed from the treating physician. <u>Please ask your physician to review your Employee Work Profile (job description) or faculty work plan (job description) with you and complete this certification and return it to the Office for Institutional Equity as soon as possible.</u> This information must be received in order to process your request.

Employee Name: K. Draws, Monique    Position: Parking + Transport

1). Describe the (a) nature, (b) severity, and (c) duration of the employee's impairment.

(A) Pain & loss of motion in knee (B) moderate (C) Ongoing

2). Describe the major life activity or activities the impairment limits (i.e. walking, breathing, seeing, etc.)

- Walking, sitting, mobility

3). Describe how this condition limits the employee's ability to perform the essential functions of the job. Using the Employee Work Profile (job description) or faculty work plan (job description), identify the essential functions affected and how the medical condition impairs the employee in each instance.

Pain & restricted mobility restrict function.

4). Describe the accommodation requested and why the requested reasonable accommodation is needed.

_Limited walking w/ hourly breaks_
_Look up - frequent up to shoulder/neck_
_No carrying / pulling_
_Resting every 2 hrs re: repetitive motion_
_Presents w/ tendonitis + heating (?)_

5). Are there any alternative accommodations that may also be feasible (not listed in #4).

_____
_____
_____
_____

_[signature]_  4/20/15
Physician's Signature        Date

Dr. M____ H_____
Physician's Printed Name

3____ Stony Point Pkwy
Address

Richmond, VA 23___
City        State        Zip

804 - 3__ - 24__
Telephone Number

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Signature of Health Care Provider** _____  **Date** __4/24/15__

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616, 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

**Position's Physical/Cognitive Requirements:**

**Physical Demands and Activities:**

| | | | | |
|---|---|---|---|---|
| E | Light lifting | (<20 lbs.) | | |
| E | Moderate lifting | (20-50 lbs.) | | |
| M | Heavy lifting | (>50 lbs.) | | |
| N/A | Pushing/pulling | | E | Walking |
| E | Standing | | N/A | Climbing |
| E | Sitting | | N/A | Reaching |
| M | Repetitive motion | | N/A | Bending |

*[Handwritten notes:]*
more than 10 lb
\* limited walking w/in every 1 hour
\* work 4h – 1 day w/ per week
No pushing or pulling break every 2h
no repetitive mov
PT w/ tens unit + heating pad

*[signature]*



Topic: Accommodation Request for Monique Drew

To: Monique Drew, Charles B Dingess

Date: May 26, 2015

Ms. Drew has filed all the relevant paperwork to receive accommodations via the Americans with Disabilities Act. Accommodations are requested as follows:

- Ms. Drew has restricted mobility, she cannot walk long distances.
- Ms. Drew needs to take a 10-15 minute break every two hours.
- Ms. Drew cannot engage in activities that involve pushing or pulling or repetitive motions.

Gmail works better with Chrome    Yes, got Chrome now    No, not interested    ✕

Moniqu.

Mail    More    134 of 1,566

COMPOSE    **Paperwork**    Inbox  x    People (2)    ^

Inbox (1,041)
Starred
Important
Sent Mail
Drafts (2)
Junk
More

  Paula L McMahon <mcmahonpl2@vcu.edu>    · Paula L McMahon
to me                                                    ADA COORDINATOR

Ms. Drew,

I was out at a meeting last week. I am in receipt of some paperwork for you and wanted to know if we could meet or talk over the phone to discuss this further. Please let me know what would work for you.

Sincerely

Search people    Paula

Ashley C Rogers
chesterbw
jas.pegram         Paula McMahon MSc. CRC. ADAC
ladrew             Americans with Disabilities Act (ADA) Coordinator
larrydrew911       Office for Institutional Equity
                   817 South Cathedral Place
                   Room 1006
                   P.O. Box 843022
                   Virginia Commonwealth University
                   Richmond, VA - 23284-3022

                   Phone: 804-828-8947
                   Fax: 804-828-7201
                   Voice/TTY: 804-828-1420

                   Website: www.equity.vcu.edu

                   VCU goes green

The information contained in this email message and any attachments may be privileged, confidential, and protected from disclosure. If the reader of this