FILED: May 22, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1466
(3:17-cv-00429-JAG)

_____

MONIQUE R. SMALL DREW

    Plaintiff - Appellant

v.

VIRGINIA COMMONWEALTH UNIVERSITY, PARKING AND TRANSPORTATION

    Defendant - Appellee

_____

O R D E R

_____

The court grants appellant leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk