FILED: August 14, 2018

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 18-1466
(3:17-cv-00429-JAG)

_____

MONIQUE R. SMALL DREW

Plaintiff - Appellant

v.

VIRGINIA COMMONWEALTH UNIVERSITY, PARKING AND
TRANSPORTATION

Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered July 23, 2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

_/s/Patricia S. Connor, Clerk_